# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC SABATINI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AQUANTIA CORP., LIP-BU TAN, FARAJ AALAEI, DMITRY AKHANOV, BAMI BASTANI, KEN PELOWSKI, GEOFFREY G. RIBAR, SAM SRINIVASAN, and ANDERS SWAHN,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01020-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: April 20, 2020

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
　　　Brian D. Long (#4347)
　　　Gina M. Serra (#5387)
　　　300 Delaware Avenue, Suite 1220
　　　Wilmington, DE 19801
　　　Telephone: (302) 295-5310
　　　Facsimile: (302) 654-7530
　　　Email: bdl@rl-legal.com
　　　Email: gms@rl-legal.com

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

*Attorneys for Plaintiff*